Cedric Chambers T-44984
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cedric Chambers,
    Plaintiff,

vs.

Robert A. Horel,
    Defendant.

CV 08 3775 MHP (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Cedric Chambers, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No  ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____
5  _____
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.    Business, Profession or                    Yes ___ No ✗
9            self employment
10     b.    Income from stocks, bonds,                 Yes ___ No ✗
11           or royalties?
12     c.    Rent payments?                             Yes ___ No ✗
13     d.    Pensions, annuities, or                    Yes ___ No ✗
14           life insurance payments?
15     e.    Federal or State welfare payments,         Yes ___ No ✗
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.    Are you married?                              Yes ✗ No ___
23  Spouse's Full Name: ___KATRINA LAVELL NASH___
24  Spouse's Place of Employment: ___UNKNOWN___
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $___UNKNOWN___  Net $___UNKNOWN___
27  4.   a.    List amount you contribute to your spouse's support : $ ___None___
28       b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

| | |
|---|---|
| 1 | and indicate how much you contribute toward their support. (NOTE: For minor |
| 2 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). |
| 3 | _____ |
| 4 | _____ |
| 5 | 5.  Do you own or are you buying a home?         Yes ____  No _X_ |
| 6 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 7 | 6.  Do you own an automobile?                    Yes ____  No _X_ |
| 8 | Make _____ Year _____ Model _____ |
| 9 | Is it financed? Yes _____ No _____ If so, Total due: $ _____ |
| 10 | Monthly Payment: $ _____ |
| 11 | 7.  Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.) |
| 12 | Name(s) and address(es) of bank: _____ |
| 13 | _____ |
| 14 | Present balance(s):  $ _____ |
| 15 | Do you own any cash?  Yes ____ No _X_ Amount: $ _____ |
| 16 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 17 | market value.)  Yes ____ No ____ |
| 18 | _____ |
| 19 | 8.  What are your monthly expenses? |
| 20 | Rent: $ _____   Utilities: _____ |
| 21 | Food: $ _____   Clothing: _____ |
| 22 | Charge Accounts: |
| 23 | Name of Account           Monthly Payment            Total Owed on This Acct. |
| 24 | _____              $ _____              $ _____ |
| 25 | _____              $ _____              $ _____ |
| 26 | _____              $ _____              $ _____ |
| 27 | 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom |
| 28 | they are payable.  Do not include account numbers.) |

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                     - 3 -

1
2
    10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

08-03-08                              *[signature: Cedric Chamber]*

DATE                                  SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____                   - 4 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Cedric Lamont Chamber  T44984</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>34.66</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>39.52</u>.    (20%= $7.90)

Dated: <u>7/30/08</u>                    _____
                                        Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICER

```
REPORT ID: TS3030   .701                                REPORT DATE: 07/29/08
                                                        PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 29, 2008

ACCOUNT NUMBER  : T44984                    BED/CELL NUMBER: BF04L 000000116L
ACCOUNT NAME    : CHAMBER, CEDRIC LAMONT     ACCOUNT TYPE:  I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  --------------- ----------  ---------   --------   -----------   -------

01/01/2008    BEGINNING BALANCE                                                  0.00

01/24*VD54 INMATE PAYROL 3175 12/07                     14.93                   14.93
01/24*VD54 INMATE PAYROL 3175 12/07                     12.77                   27.70
01/31 W502 POSTAGE CHARG 3298                                          0.41     27.29
02/06*VD54 INMATE PAYROL 3419 01/08                     26.94                   54.23
02/07 FC02 DRAW-FAC 2       3461    B-5                               54.23      0.00
02/28 FR01 CANTEEN RETUR 703781                                        1.03-     1.03
03/06 W512 LEGAL POSTAGE 3906                                          1.03      0.00
03/06*VD54 INMATE PAYROL 3896    2/08                   21.06                   21.06
03/06*VD54 INMATE PAYROL 3896    2/08                   14.18                   35.24
03/07 FC02 DRAW-FAC 2       3955    B-5                               35.24      0.00
04/04*VD54 INMATE PAYROL 4333 03/08                     40.81                   40.81
04/07 FC02 DRAW-FAC 2       4400    B-5                               40.81      0.00
04/30 FR01 CANTEEN RETUR 704692                                        1.86-     1.86
05/06*VD54 INMATE PAYROL 4818    4/08                   36.86                   38.72
05/07 FC02 DRAW-FAC 2       4877  B5                                  38.72      0.00
06/05*VD54 INMATE PAYROL 5296    5/08                   40.41                   40.41
06/06 FC02 DRAW-FAC 2       5367    B-5                               40.41      0.00
06/27 FR01 CANTEEN RETUR 705695                                       40.41-    40.41
07/07*VD54 INMATE PAYROL 0068  6/08                      6.08                   46.49
07/09 FC02 DRAW-FAC 2       0161    B-4                               46.49      0.00


                            CURRENT HOLDS IN EFFECT
  DATE       HOLD
 PLACED      CODE      DESCRIPTION                  COMMENT         HOLD AMOUNT
 ------      ----   -----------------------       ------------      -----------
07/22/2008   H114   COPAY FEE, MED.               0371M07/17              5.00


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/26/02                      CASE NUMBER: CC199370
COUNTY CODE: SCL                              FINE AMOUNT: $  10,000.00

   DATE       TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
  ------      ------   -----------                    -----------    -------

01/01/2008    BEGINNING BALANCE                                       9,361.99
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY J Kleppin
TRUST OFFICE

Case 3:08-cv-03775-MHP   Document 2   Filed 08/07/2008   Page 7 of 7

```
                         PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 29, 2008

ACCT:  T44984          ACCT NAME: CHAMBER, CEDRIC LAMONT           ACCT TYPE: I


                       * RESTITUTION ACCOUNT ACTIVITY


DATE SENTENCED: 02/26/02                          CASE NUMBER: CC199370
COUNTY CODE:    SCL                               FINE AMOUNT: $   10,000.00

   DATE      TRANS.    DESCRIPTION                       TRANS. AMT.      BALANCE
   ----      ------    -----------                       -----------      -------
 01/24/08    VR54      RESTITUTION DEDUCTION-SUPPORT          16.57-     9,345.42
 01/24/08    VR54      RESTITUTION DEDUCTION-SUPPORT          14.17-     9,331.25
 02/06/08    VR54      RESTITUTION DEDUCTION-SUPPORT          29.92-     9,301.33
 03/06/08    VR54      RESTITUTION DEDUCTION-SUPPORT          23.40-     9,277.93
 03/06/08    VR54      RESTITUTION DEDUCTION-SUPPORT          15.75-     9,262.18
 04/04/08    VR54      RESTITUTION DEDUCTION-SUPPORT          45.34-     9,216.84
 05/06/08    VR54      RESTITUTION DEDUCTION-SUPPORT          40.95-     9,175.89
 06/05/08    VR54      RESTITUTION DEDUCTION-SUPPORT          44.89-     9,131.00
 07/07/08    VR54      RESTITUTION DEDUCTION-SUPPORT           6.75-     9,124.25

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                         TRUST ACCOUNT SUMMARY

 BEGINNING        TOTAL         TOTAL          CURRENT        HOLDS        TRANSACTIONS
  BALANCE        DEPOSITS     WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
 ---------      ---------     -----------      -------       -------       ------------
    0.00         214.04         214.04           0.00          5.00            0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                5.00-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE