1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEDRIC CHAMBERS,                                      No. C 08-3775 MHP (pr)

              Petitioner,                                    **JUDGMENT**

       v.

ROBERT HOREL, warden,

              Respondent.
_____/

       The petition for writ of habeas corpus is dismissed because it was not timely filed.

       IT IS SO ORDERED AND ADJUDGED.

DATED: May 12, 2009

                                          _____
                                          Marilyn Hall Patel
                                          United States District Judge