UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHAMBERS, | No. C 08-3775 MHP (pr) |
| Petitioner, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| ROBERT HOREL, warden, | |
| Respondent. | |

Petitioner recently filed a Rule 60(b)(6) motion in this action. Respondent must file and serve an opposition (or statement of non-opposition) to the motion no later than **December 22, 2010**. Petitioner must file and serve on respondent's counsel his reply brief (if any) no later than **January 14, 2011**.

IT IS SO ORDERED.

DATED: December 1, 2010

Marilyn Hall Patel
United States District Judge